SOLOMON ARON, appellant,

*v.*

CHARLES WAGNER, respondent.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *98 N. J. Eq. 50.*

*Mr. Frederick W. Wooley* and *Messrs Riker & Riker,* for the appellant.

*Mr. W. Howard Demarest,* for the respondent.

PER CURIAM.

The decree appeal from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.